| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| CLARENCE CRAWFORD, § <br> § <br> Plaintiff, § <br> § <br> versus § <br> § <br> C. CARTER, § <br> § <br> Defendant. § | CIVIL ACTION NO. 1:16-CV-149 |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Clarence Crawford, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed two motions seeking a preliminary injunction or temporary restraining order. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motions be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motions for preliminary injunction or temporary restraining order are **DENIED**.

SIGNED at Beaumont, Texas, this 14th day of October, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE